MARY E. HOLLAND *vs.* ALANSON J. MERRILL, Admr.

Penobscot County. Decided December 13, 1913. This is an action of assumpsit on an account annexed for board, care and nursing the defendant's intestate for 805 days, for which she charges three dollars per day. She gives credit on said account for $120 on account. The jury returned a verdict for the plaintiff for

$1250, and the defendant moved to have the verdict set aside. Motion overruled. *E. M. Simpson and Matthew Laughlin,* for plaintiff. *John B. Merrill and Alanson J. Merrill,* for defendant.